1 PHILLIP A. TALBERT
  United States Attorney
2 KEVIN C. KHASIGIAN
  Assistant U. S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    2:17-MC-00149-KJM-CKD

12          Plaintiff,

13          v.                                  STIPULATION AND ORDER EXTENDING
                                                TIME FOR FILING A COMPLAINT FOR
14 $257,258.00 MAINTAINED AT AMERICAN           FORFEITURE AND/OR TO OBTAIN AN
   RIVER BANK, ACCOUNT NUMBER                   INDICTMENT ALLEGING FORFEITURE
15 310042213, HELD IN THE NAME OF TIME
   ENTERPRISES, LLC;
16
   $99,947.00 MAINTAINED AT WELLS
17 FARGO BANK, ACCOUNT NUMBER
   6311698424, HELD IN THE NAME OF
18 MERON, INC., DBA: WOW IMAGING
   PRODUCTS;
19
   $293,568.00 MAINTAINED AT WELLS
20 FARGO BANK, ACCOUNT NUMBER
   6038669990, HELD IN THE NAME OF
21 MICHAEL AND ERIN LOWE;

22 $24,502.00 MAINTAINED AT WELLS
   FARGO BANK, ACCOUNT NUMBER
23 0390560696, HELD IN THE NAME OF
   MICHAEL AND ERIN LOWE; and
24
   $1,050,000.00 MAINTAINED AT FIDELITY
25 INVESTMENTS, ACCOUNT NUMBER 676-
   411771, HELD IN THE NAME JIMMY A.
26 MERON FAMILY TRUST.

27          Defendants.

28
                                    1

It is hereby stipulated by and between the United States of America and potential claimants Jimmy Meron and Michael Lowe ("potential claimants"), by and through their respective counsel, as follows:

1.      On July 12, 2017, agents with the General Services Administration – Office of Inspector General ("GSA-OIG") seized the above listed assets held in the names of potential claimants Jimmy Meron and Michael Lowe.

2.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is October 10, 2017.

3.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 8, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

4.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 8, 2018.

///
///
///
///
///
///
///
///
///
///
///

Dated: ___10/5/17___

PHILLIP A. TALBERT
United States Attorney

By:  ___/s/ Andre M. Espinosa___
ANDRE M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: ___10-4-17___

___/s/ Kenneth L. Rosefeld___
KENNETH L. ROSENFELD
Attorney for Jimmy Meron

Dated: ___10-4-17___

___/s/ Allen Sawyer___
ALLEN SAWYER
Attorney for Michael Lowe

IT IS SO ORDERED.

Dated:   October 11, 2017.

_____
UNITED STATES DISTRICT JUDGE