| | |
|---|---|
| 1  MCGREGOR W. SCOTT<br>United States Attorney<br>2  ANDRE M. ESPINOSA<br>KEVIN C. KHASIGIAN<br>3  Assistant U. S. Attorneys<br>501 I Street, Suite 10-100<br>4  Sacramento, CA  95814<br>Telephone:  (916) 554-2700<br>5<br>Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$257,258.00 MAINTAINED AT AMERICAN RIVER BANK, ACCOUNT NUMBER 310042213, HELD IN THE NAME OF TIME ENTERPRISES, LLC;<br><br>$99,947.00 MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 6311698424, HELD IN THE NAME OF MERON, INC., DBA: WOW IMAGING PRODUCTS;<br><br>$293,568.00 MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 6038669990, HELD IN THE NAME OF MICHAEL AND ERIN LOWE;<br><br>$24,502.00 MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 0390560696, HELD IN THE NAME OF MICHAEL AND ERIN LOWE; and<br><br>$1,050,000.00 MAINTAINED AT FIDELITY INVESTMENTS, ACCOUNT NUMBER 676-411771, HELD IN THE NAME JIMMY A. MERON FAMILY TRUST.<br><br>  Defendants. | 2:17-MC-00149-KJM-CKD<br><br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

1

It is hereby stipulated by and between the United States of America and potential claimants Jimmy Meron and Michael Lowe ("potential claimants"), by and through their respective counsel, as follows:

1. On July 12, 2017, agents with the General Services Administration – Office of Inspector General ("GSA-OIG") seized the above listed assets held in the names of potential claimants Jimmy Meron and Michael Lowe.

2. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline wsa October 10, 2017.

3. By Stipulation and Order filed October 11, 2017, the parties stipulated to extend to January 8, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

4. By Stipulation and Order filed January 4, 2018, the parties stipulated to extend to April 8, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 1, 2018.

///

///

///

| | | |
|---|---|---|
| Dated: 4/2/2018 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Andre M. Espinosa<br>ANDRE M. ESPINOSA<br>KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| Dated: 3-28-18 | | /s/ Kenneth L. Rosenfeld<br>KENNETH L. ROSENFELD<br>Attorney for Jimmy Meron<br>Signature retained by attorney |
| Dated: 3-29-18 | | /s/ Allen Sawyer<br>ALLEN SAWYER<br>Attorney for Michael Lowe<br>Signature retained by attorney |

IT IS SO ORDERED.

Dated: 4/4/2018

_____
UNITED STATES DISTRICT JUDGE