MCGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-MC-00149-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| $257,258.00 MAINTAINED AT AMERICAN RIVER BANK, ACCOUNT NUMBER 310042213, HELD IN THE NAME OF TIME ENTERPRISES, LLC; | |
| $99,947.00 MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 6311698424, HELD IN THE NAME OF MERON, INC., DBA: WOW IMAGING PRODUCTS; | |
| $293,568.00 MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 6038669990, HELD IN THE NAME OF MICHAEL AND ERIN LOWE; | |
| $24,502.00 MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 0390560696, HELD IN THE NAME OF MICHAEL AND ERIN LOWE; and | |
| $1,050,000.00 MAINTAINED AT FIDELITY INVESTMENTS, ACCOUNT NUMBER 676-411771, HELD IN THE NAME JIMMY A. MERON FAMILY TRUST. | |
| Defendants. | |

1

It is hereby stipulated by and between the United States of America and potential claimants Jimmy Meron and Michael Lowe ("potential claimants"), by and through their respective counsel, as follows:

1. On July 12, 2017, agents with the General Services Administration – Office of Inspector General ("GSA-OIG") seized the above listed assets held in the names of potential claimants Jimmy Meron and Michael Lowe.

2. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline wsa October 10, 2017.

3. By Stipulation and Order filed October 11, 2017, the parties stipulated to extend to January 8, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

4. By Stipulation and Order filed January 4, 2018, the parties stipulated to extend to April 8, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed April 4, 2018, the parties stipulated to extend to June 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed June 6, 2018, the parties stipulated to extend to August 30, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture

2

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 1, 2018.

Dated:     8/23/2018                                     MCGREGOR W. SCOTT
                                                        United States Attorney


                                            By:     /s/ Andre M. Espinosa
                                                    ANDRE M. ESPINOSA
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney


Dated:     8-20-18                                   /s/ Kenneth L. Rosenfeld
                                                    KENNETH L. ROSENFELD
                                                    Attorney for Jimmy Meron
                                                    Signature retained by attorney


Dated:     8-22-18                                   /s/ Allen Sawyer
                                                    ALLEN SAWYER
                                                    Attorney for Michael Lowe
                                                    Approved via phone call

        IT IS SO ORDERED.

Dated:  September 13, 2018.


_____
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to File Complaint